# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-mj-6578-AOV

**UNITED STATES OF AMERICA**

v.

**ERNEST THOMPSON,**

**Defendant.**
_____/

## MOTION TO SEAL

COMES NOW, the United States of America, by and through its undersigned attorney, and respectfully requests that the criminal complaint, affidavit, arrest warrant, this motion, and any resulting order be SEALED until the arrest of the defendant, excepting the United States Attorney's Office and law enforcement personnel, which may obtain copies of the criminal complaint, affidavit, arrest warrant, this motion, or other sealed documents for purposes of arrest or any other necessary cause, for the reason that the named defendant may flee, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation could be compromised should knowledge of this criminal complaint become public.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
AJAY J. ALEXANDER
Assistant United States Attorney
Court ID No. A5502506
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
(954) 660-5778 (telephone)
(786) 385-4604
ajay.alexander@usdoj.gov