UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-6578-VALLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERNEST THOMPSON,

    Defendant.

_____

## ORDER UNSEALING CASE

THIS CAUSE is before the Court sua sponte. Defendant, Ernest Thompson was arrested on November 7, 2020. Therefore, it is hereby

ORDERED AND ADJUDGED that the above case be UNSEALED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 7th day of November, 2020.

                                                              LURANA S. SNOW
                                                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ajay Alexander (FTL)